AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2022

SEAN F. McAVOY, CLERK

HEATHER B., )
    *Plaintiff* )
v. )  Civil Action No. 4:20-CV-05228-JAG
)
KILOLO KIJAKAZI, )
ACTING COMMISSIONER OF
SOCIAL SECURITY,
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment, ECF No. 20, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 19, is DENIED. Judgments is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  James A. Goeke  on motions for summary judgment.

Date:  September 6, 2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
    *(By) Deputy Clerk*
Pam Howard